W. S. DANIELS, ADM'R. v. H. GREGG, ADM'R.

An administrator, appealing from an order of the County Court, for a partition of the estate, is not required to give an appeal bond.

Appeal from Colorado. Petition in the County Court, by appellee, for partition and distribution of an estate of which the appellant was administrator. Petition and distribution ordered. Appeal by the administrator. Appeal dismissed for want of a bond.

*J. H. Robson*, for appellant.

*G. W. Smith*, for appellee.

HEMPHILL, C. J. This was a proceeding against an administrator, and an appeal by him from the County to the District Court; the appeal was dismissed for the want of a bond. In the case of Battle v. Howard, at this Term, this was decided to be unnecessary; and the judgment is therefore reversed and cause remanded to the District Court.

Reversed and remanded.